# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 2:07-cr-00039-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| RONNIE RAY UNDERWOOD JR. ) | |
| _____ ) | |

**THIS MATTER** is before the Court pursuant to 18 United States Code § 3582(c)(2) and U.S.S.G. § 1B1.10(c), Amendment 782 (Nov. 1, 2014).

The Defendant has filed motions for a reduction of his sentence. [Docs. 169, 169]. The Probation Office has submitted a supplement to the Defendant's Presentence Report ("PSR") in this matter. [Doc. 171]. The recommendation given by the Probation Office is different from the relief sought by the Federal Defenders of WNC, Inc. Based thereon, the Court determines that the United States Attorney and the Federal Defenders of WNC, Inc., should provide the Court with their respective positions regarding the PSR supplement.

**IT IS, THEREFORE, ORDERED** that no later than thirty (30) days from the entry of this Order, the United States Attorney and the Federal Defenders of WNC, Inc., shall file pleadings responsive to the Probation Officer's PSR supplement filed in this matter.

**IT IS SO ORDERED.**

Signed: June 26, 2015

Martin Reidinger
United States District Judge